William VALTIERRA, Plaintiff–Appellant,

v.

BURLINGTON NORTHERN AND SANTA FE R.R. CO., and United Transportation Union Local 0445, Defendants–Appellees.

No. 03–1163.

United States Court of Appeals, Seventh Circuit.

Submitted Nov. 21, 2003.*

Decided Nov. 25, 2003.

Rehearing Denied Jan. 29, 2004.

---

* After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).

William Valtierra, pro se, Joliet, IL, Plaintiff–Appellant.

Michael L. Stazdanoff, Wysoglad & Associates, Chicago, IL, Kevin C. Brodar, Cleveland, OH, for Defendants–Appellees.

Before RIPPLE, MANION, and WILLIAMS, Circuit Judges.

## ORDER

William Valtierra believes that he is entitled to more seniority than he was credited by his employer, Burlington Northern and Santa Fe Railroad Company. He sued both Burlington Northern and his union, United Transportation Union Local 0445, alleging discrimination based upon his national origin (Mexican) and his disability (an injured shoulder). Burlington Northern filed a motion for summary judgment and United Transportation filed a motion to dismiss, both of which the district court granted. After reviewing the district court's decision, we conclude that Judge Pallmeyer properly ruled in favor of the defendants. Accordingly, we affirm essentially for the reasons stated in the district court's order.

AFFIRMED.